UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Tracy D Perkins**, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11cv01713 AGF |
| | ) | |
| **John Wilson et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court, in error, on 09/30/2011, and assigned to the Honorable Judge Audrey G. Fleissig, Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Northern Division of this court and assigned Case No. 2:11cv00072 DDN.

Case No. 4:11cv01713 AGF is hereby administratively closed.

Dated this 3rd day of October, 2011.

JAMES G. WOODWARD
Clerk of Court

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 2:11cv00072 DDN in all future matters concerning this case.