UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11CV00072 ERW |
| | ) | |
| JOHN WILSON, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Tracy Perkins's Second Motion for Enlargement of Time to File Expert Report [ECF No. 67]. Plaintiff seeks an additional three days to file the expert report pursuant to the scheduling order.

Plaintiff's Motion is **GRANTED**. Plaintiff shall dislose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than February 7, 2014. All other deadlines in the Court's Third Amended Case Management Order [ECF No. 63] remain in effect.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Tracy Perkins's Second Motion for Enlargement of Time to File Expert Report [ECF No. 67] is **GRANTED**.

Dated this  7th  Day of February, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE