UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TRACY PERKINS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 2:11CV00072 ERW |
|  | ) |  |
| JOHN WILSON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant John Wilson's Motion to Stay Briefing on Plaintiff's Motion in Limine [ECF No. 98].

On May 22, 2014, Plaintiff Tracy Perkins filed a Motion in Limine [ECF No. 93], asking the Court to exclude various categories of evidence at trial. On May 29, 2014, Defendant John Wilson filed the instant Motion, asking the Court to stay briefing on Plaintiff's Motion in Limine, because it may be mooted by the parties' pending motions for summary judgment. Plaintiff has not responded to the Motion to Stay.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant John Wilson's Motion to Stay Briefing on Plaintiff's Motion in Limine [ECF No. 98] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Tracy Perkins's Motion in Limine [ECF No. 93] is **STAYED** until disposition of the parties' respective motions for summary judgment.

Dated this  10th  Day of June, 2014.

*E. Richard Webber*
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE